# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**CHRISTOPHER C. BYRNE**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:17-mj-051

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 15, 2016, in Johnson County, in the Southern District of Indiana defendant CHRISTOPHER C. BYRNE,

**Count 1:**
having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, including OWI (D felony) in Hendricks County, Indiana, in December of 2012; OWI (D felony) in Marion County, Indiana, in January of 2013; and Theft (D-Felony) in Marion County, Indiana, in August of 2015, did knowingly possess, in and affecting commerce, any firearm or ammunition, including, a .22 caliber rifle; in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.

_____
Christopher R. Wright, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me, and subscribed in my presence

January 30, 2017                                at   Indianapolis, Indiana
**Date**

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**

## **AFFIDAVIT**

Your Affiant, Christopher R. Wright, being duly sworn, states as follows:

1. Your Affiant, Christopher R. Wright, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since January of 2015. Your Affiant has had extensive training at the Federal Law Enforcement Training Center (FLETC) in the Criminal Investigator Training Program (CITP) and ATF Special Agent Basic Training (SABT). Your Affiant is currently assigned to the ATF Indianapolis field office in group three (3). Your Affiant has approximately seven (7) years of law enforcement experience as a police officer in the state of Indiana, and attended multiple law enforcement schools with the Highland Police Department located in Lake County, Indiana. Your Affiant has two and half (2.5) years with the United States Border Patrol as a federal agent, and served near the southern border in California. Your Affiant has graduated from Indiana University and received a bachelor's degree in criminal justice and a minor in psychology. Your Affiant served over four (4) years in the United States Marine Corps as a machine gunner (0331) and Maritime Special Purpose Force (MSPF).

2. I am a sworn federal Agent empowered under the laws of the United States to investigate violations of federal firearms laws pertaining to the Gun Control Act of 1968.

3. Based on my training and experience, I know that Title 18, United States Code, Section 922(g)(1) makes it unlawful for any person previously convicted of a felony offense to possess any firearm or ammunition. For purposes of Title 18, United States Code, Section 922(g), a firearm is described as any weapon which will or is designed to expel a projectile by action of an explosive. See, 18 U.S.C. § 921(a)(3).

4. I am conducting an investigation regarding Christopher C. Byrne ("BYRNE"), (DOB

XX/XX/1985), a convicted felon, who is alleged to be in possession of a firearm and ammunition. Based on my investigation, I have probable cause to believe that BYRNE has violated Title 18, United States Code, Section 922(g)(1) (Possession of a firearm and ammunition by a felon).

5. The facts contained in this affidavit are based on my investigation and include information provided to me by other federal, state, and local law enforcement officers, including other agents and employees of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. As this affidavit is being submitted for the limited purpose of establishing probable cause in support of the Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. My probable cause is based on information set forth below, specifically:

    a. On August 15, 2016, a blue Saturn sedan driven by BYRNE was stopped by Greenwood Police Department ("GPD") officers in the vicinity of Greenwood Park Mall. BYRNE, the sole occupant of the vehicle, was pulled over for not wearing his seatbelt. As the officer approached the vehicle he observed that the vehicle did not display a lawful license plate or registration. Instead, in the location where the license plate should have been, the vehicle had a fictitious license plate that stated "PRIVATE," "No driver license or Insurance required," "Not for commerce-Private mode of travel". Officers asked BYRNE for his identification and BYRNE replied he did not commit a crime and therefore did not have to identify himself.

    b. Law enforcement observed an identification card protruding from a wallet in BYRNE's lap. Officers then requested the identification card, but BYRNE refused to

comply. Law enforcement then advised BYRNE that he was being placed under arrest for failure to identify himself.

   c.   BYRNE was removed from his vehicle, handcuffed, and subsequently identified by his Indiana identification card located in his wallet. A driver's records check revealed BYRNE was a habitual traffic violator and did not have a valid driver's license.

   d.   As BYRNE had no driver's license, was a habitual traffic violator, and he was the sole occupant of an apparently unregistered vehicle, BYRNE's vehicle was impounded and towed by GPD. Prior to towing the vehicle, Officers from GPD conducted an inventory search of the blue Saturn pursuant to GPD policy. During the course of the inventory search, officers located a loaded Ruger, 10/22, .22 caliber rifle on the rear seat of BYRNE's vehicle. The rifle had an optical scope attached to it as well as ammunition loaded in an extended "banana clip" magazine. Approximately 25 rounds of .22 caliber ammunition were found in the vehicle.

   e.   Following BYRNE's arrest, your affiant received and reviewed certified copies of BYRNE's criminal history and concluded that BYRNE is a felon. Specifically, BYRNE was convicted of OWI (D-Felony) in Hendricks County, Indiana, in December of 2012, and again in Marion County, Indiana, in January of 2013. Thereafter BYRNE was convicted of Theft (D-Felony) in Marion County, Indiana, in August of 2015. Your affiant also learned that, at the time of the traffic stop on August 15, 2016, BYRNE was out on bond and awaiting trial in Johnson County Superior Court on charges of Carrying a Handgun without a License and being a Habitual Traffic Violator, both felony offenses.

   f.   During the course of this investigation your affiant determined that BYRNE's August 2015 Marion County conviction stemmed from BYRNE's involvement in the

theft of weapons, on separate occasions, from Indianapolis Metropolitan Police Department and Greenwood Police Department vehicles. The GPD vehicle was set on fire during that theft. A search of Byrne's apartment during that investigation yielded items taken from both police cars.

    g. The above described Ruger, 10/22, .22 caliber rifle was submitted for examination by experts at the ATF Firearms Technology Branch ("FTB") in Martinsburg, West Virginia. Following their examination, ATF experts concluded that the Ruger, 10/22, .22 caliber rifle is a functioning firearm capable of expelling a projectile by means of an explosive. ATF Special Agent Amy Ewing, firearm nexus expert, determined that said firearm was not manufactured in the State of Indiana and therefore had to have traveled in interstate commerce prior to August of 2016.

6. Based on the information detailed above, probable cause exists to believe that Christopher BYRNE has violated several provisions of federal law, including Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon.

7. Accordingly, Your Affiant respectfully requests that this Court issue a warrant, authorizing the arrest of the said Christopher BYRNE.

_____
Christopher R. Wright
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to before me this 30th day of January, 2017.

_____
Hon. Tim A. Baker
United States Magistrate Judge
Southern District of Indiana