FILED

MAR 07 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | 1:17-cr-0034 JMS-TAB |
| ) | |
| v. ) | CAUSE NO. 1:17-CR- - - |
| ) | |
| CHRISTOPHER C. BYRNE, ) | - 01 |
| ) | |
| *Defendant*. ) | |

# INDICTMENT

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### (Unlawful Possession of a Firearm)

The Grand Jury charges that:

On or about August 15, 2016, in Johnson County, Indiana, within the Southern District of Indiana, the defendant,

CHRISTOPHER C. BYRNE,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, including: Operating While Intoxicated (D-Felony) in Hendricks County, Indiana, in December of 2012; Operating While Intoxicated (D-Felony) in Marion County, Indiana, in January of 2013; and Theft (D-Felony) in Marion County, Indiana, in August of 2015, did knowingly possess, in and affecting commerce, any firearm, including a Ruger, model 10/22, .22 caliber rifle;

All in violation of Title 18, United States Code, Sections 922(g)(1).

COUNT 2
18 U.S.C. § 922(g)(1)
(Unlawful Possession of Ammunition)

The Grand Jury further charges that:

On or about August 15, 2016, in Johnson County, Indiana, within the Southern District of Indiana, the defendant,

CHRISTOPHER C. BYRNE,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, including: Operating While Intoxicated (D-Felony) in Hendricks County, Indiana; Operating While Intoxicated (D-Felony) in Marion County, Indiana; and Theft (D-Felony) in Marion County, Indiana, did knowingly possess, in and affecting commerce, any ammunition, including at least one round of .22 caliber ammunition;

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.    The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2.    If convicted of the offense(s) set forth in this indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in the offense(s) set forth in this indictment.

A TRUE BILL:



FOREPERSON


JOSH J. MINKLER
United States Attorney

By: _____
Matthew J. Rinka
Assistant United States Attorney