UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,       )
                                )
    *Plaintiff*,                    )
                                )
    v.                          )        Cause No. 1:17-CR-0034-JMS-TAB
                                )
CHRISTOPHER C. BYRNE,           )        -01
                                )
    *Defendant*.                   )

## ORDER

This matter is before the Court on the Defendant's Emergency Motion for Compassionate

Release [61], and the parties stipulated resolution to defendant's motion as set forth in the

government's response thereto.   Upon full consideration of the pleadings, the Court hereby

ORDERS as follows:

Pursuant to Title 18, United States Code, Section 3582(c), defendant Christopher Byrne's

sentence of incarceration is hereby reduced to time already served, amounting to approximately

10 months and 34 days;

It is further ORDERED that the defendant be released from the custody of the Federal

Bureau of Prisons by 12:00PM (noon) on Monday, May 18, 2020;

It is further ORDERED that, upon release from the Bureau of Prisons, the defendant will

be placed on Supervised Release for a term of 3 years, under the conditions of Supervised

Release previously imposed by the court.   As an additional condition of supervised release, the

first year of defendant's Supervised Release will be served under conditions of home

1

incarceration with permission to leave his residence only for verified medical appointments and treatment;

Counsel for the defendant has confirmed for the Court that the defendant does not object to the modified lenth or conditions of Supervised Release, as noted above, that the defendant consents to the imposition of Supervised Release as modified herein, and that the defendant waives any reading or discussion of the modified terms and conditions of Supervised Release in open court;

The defendant is ORDERED to utilize the private ambulance service arranged by his family to transport defendant directly from FMC Lexington to Indiana University Health in Indianapolis for evaluation and treatment;

The defendant is further ORDERED to comply with any period of quarantine directed by the medical staff at IU Health and/or any state or local health authority;

The defendant is further ORDERED to make contact with the U.S. Probation Office in the Southern District of Indiana within 72 hours of his release from the Bureau of Prisons;

The Court notes that the parties have also agreed that neither party will seek to further modify the terms and conditions of defendant's supervised release except by express agreement of the parties.

SO ORDERED.

Date: 5/16/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

2

Distribution to:

FMC Lexington, Kentucky

U.S. Marshal's Service

Counsel of Record