UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00034-JMS-TAB |
| | ) | |
| CHRISTOPHER C. BYRNE, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## MINUTE ENTRY

The Parties appeared for a hearing on the Petition for Warrant under Supervised Release filed on April 5, 2023. [Dkt. 74.] Defendant appeared in person and by FCD counsel Dominic Martin. Government represented by AUSA Lawrence Hilton. USPO represented by Mark McCleese.

Financial affidavit approved. Counsel appointed.

Charges and rights were reviewed and explained, and the Court ensured Defendant had a copy of the petition.

Defendant knowingly and voluntarily waived his right to a probable cause hearing.

Defendant waived his right to have the Revocation Parameter Worksheet read in open court.

The Parties agreed to continue the matter of disposition on the Petition for Warrant under Supervised Release. This matter is set for a Final Hearing of Revocation on **July 11, 2023, at 1:00 p.m. (Eastern) in Courtroom 270**, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN, 47602, before the Criminal Duty Magistrate Judge.

Defendant released on modified conditions of supervised release to include home incarceration with permission to leave his home only to go to work, attend verified medical appointments, court proceedings, and visitations with his attorney.   Defendant will be placed on GPS monitoring, at Defendant's expense.   Defendant is ORDERED to report to USPO immediately to affix the GPS unit.   The Court FURTHER ORDERS the Defendant to participate in mental health treatment, as facilitated by USPO.

    So ORDERED.

Date: 4/11/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of Record via CM/ECF

USMS