UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER C. BYRNE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:24-cv-00431-JMS-MKK |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**Order Entering Final Judgment and Denying Certificate of Appealability**

On March 11, 2024, this Court entered an order dismissing Petitioner Christopher Byrne's motion for relief under 28 U.S.C. § 2255 after conducting preliminary review of the motion under Rule 4 of the Rules Governing Section 2255 Proceedings. The Court granted Petitioner until April 10, 2024 to show cause as to why final judgment should not be entered. Dkt. 2. Petitioner has not responded. Therefore, the Court now directs the entry of final judgment. Judgment consistent with this Order shall now issue and **the clerk shall docket a copy of this Order in No. 1:17-cr-00034-JMS-TAB-1**. The motion to vacate, Crim. Dkt. [92], shall also be **terminated** in the underlying criminal action.

Additionally, pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing § 2255 Proceedings, and 28 U.S.C. § 2253(c), the Court finds that Petitioner has failed to show that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The Court therefore **denies** a certificate of appealability.

**IT IS SO ORDERED.**

Date: 5/2/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

CHRISTOPHER C. BYRNE
1019 Aries Blvd.
Franklin, IN 46131